**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-7307**

───────────

OPHELIA AZRIEL DE'LONTA,

                Plaintiff - Appellant,

        v.

SARAH PRUITT, Correctional Officer,

                Defendant - Appellee,

        and

HAROLD CLARKE, Director, VADOC; G. K. WASHINGTON, Regional
Admin; LARRY EDMONDS, Warden, BKCC; C. DAVIS, Major, Chief
of Security; DAVIS, Institutional Investigator; AGENT
WATSON, Internal Affairs Unit; LISA LANG, Staff
Psychologist; ATTORNEY GENERAL KENNETH T. CUCCINELLI; DON
LEMOND, Director,

                Defendants.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior
District Judge. (7:11-cv-00483-JCT-RSB)

───────────

Submitted: December 19, 2013    Decided: December 23, 2013

───────────

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ophelia Azriel De'Lonta, Appellant Pro Se.   Antonio Pierre Jackson, LAW OFFICE OF A. PIERRE JACKSON, P.C., Hampden-Sydney, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ophelia Azriel De'Lonta appeals the jury verdict in favor of Defendant Sarah Pruitt and the district court's prior order granting the other Defendants' motion for summary judgment in De'Lonta's 42 U.S.C. § 1983 (2006) action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.[*]  De'Lonta v. Pruitt, No. 7:11-cv-00483-JCT-RSB (W.D. Va. Sept. 11, 2012; July 18, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that the only issue De'Lonta raises with respect to the jury trial is Pruitt's failure to timely respond to De'Lonta's revised motion to compel production of documents.  We find no reversible error in this regard.

3